UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

JUSTIN MICHAEL WOLFE,

    Petitioner,

v.                                                        CIVIL CASE 1:22-CV-700

HAROLD W. CLARKE, DIRECTOR,
VIRGINIA DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## MOTION FOR LEAVE TO AMEND PETITION FOR HABEAS RELIEF

Petitioner Justin Wolfe, by counsel, requests leave of court to amend his Petition for Habeas Relief pursuant to Fed. R. Civ. P. 15(a), for the reasons stated in the memorandum of law filed contemporaneously with this motion.

WHEREFORE, the Petitioner prays that this Motion for Leave to Amend be granted.

Dated: April 28, 2023                Respectfully submitted,

                                            /s/ Scott M. Abeles
                                            Scott M. Abeles*
                                            Eugene J. Rossi, Va Bar No. 93136
                                            CARLTON FIELDS, P.A.
                                            Suite 400 West
                                            1025 Thomas Jefferson Street, NW
                                            Washington, DC 20007-5208
                                            Telephone: (202) 965-8189
                                            Facsimile: (202) 965-8100
                                            sabeles@carltonfields.com
                                            grossi@carltonfields.com

                                            *admitted *Pro Hac Vice*

                                            *Attorneys for Petitioner, Justin Michael Wolfe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

                                                          /s/Eugene J. Rossi
                                                          Attorney