IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUSTIN MICHAEL WOLFE,
    *Petitioner*,

v.

    1:22-cv-00700-MSN-JFA

HAROLD W. CLARKE,
    *Respondent*.

ORDER

This matter comes before the Court following the opinion and mandate issued by the United States Court of Appeals for the Fourth Circuit (ECF 45 & 47). It is hereby

**ORDERED** that the parties shall submit a joint report by August 22, 2025, regarding the status of this action upon remand; and it is further

**ORDERED** that the Court shall hold a status conference on the matter on Friday, September 5, 2025, at 10:00 a.m.

It is **SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

    /s/
    Michael S. Nachmanoff
    United States District Judge

August 8, 2025
Alexandria, Virginia