IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN MICHAEL WOLFE,<br><br>*Petitioner*,<br><br>v.<br><br>HAROLD W. CLARKE,<br><br>*Respondent*. | No: 1:22-cv-00700-MSN-JFA |

### ORDER

This matter comes before the Court on Respondent's Unopposed Motion to Stay Pending Resolution of His Petition for Writ of Certiorari (ECF 52). Upon consideration of Respondent's motion and the Parties' Joint Status Report (ECF 51), it is hereby

**ORDERED** that Respondent's Unopposed Motion to Stay (ECF 52) is **GRANTED**. It is further

**ORDERED** that Respondent's request to continue the September 5, 2025 status conference is **DENIED**. The hearing shall remain on the docket as scheduled.

It is so **ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
_____
Hon. Michael S. Nachmanoff
United States District Judge

August 27, 2025
Alexandria, Virginia